# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5067**  **September Term, 2023**

1:22-cv-00499-BAH

Filed On: October 5, 2023 [2020528]

Medical Imaging & Technology Alliance and Advanced Medical Technology Association,

    Appellants

    v.

Library of Congress and Carla Hayden, in her official capacity as Librarian of Congress,

    Appellees

**BEFORE:** Circuit Judges Rao and Childs, and Senior Circuit Judge Edwards

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, October 5, 2023 at 9:31 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

Michael B. Kimberly, counsel for Appellants.

Laura E. Myron (DOJ), counsel for Appellees.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk