**No. 23-5067**  September Term, 2023
1:22-cv-00499-BAH

Filed On: August 2, 2024 [2068005]

Medical Imaging & Technology Alliance and
Advanced Medical Technology Association,

    Appellants

    v.

Library of Congress and Carla Hayden, in
her official capacity as Librarian of
Congress,

    Appellees

## M A N D A T E

In accordance with the judgment of June 7, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk

Link to the judgment filed June 7, 2024